PS 42
(Rev 7/93)

# United States District Court

## Western District of Tennessee

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs ) | |
| ) | |
| Aundra L. White ) | Case No. 04-20184-001 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Aundra L. White, have discussed with Loretta Fleming, Pretrial Services/Probation Officer, modification of my release conditions as follows:

1) Refrain from any use or unlawful possession of a narcotic drug or other controlled substances
2) Submit to substance abuse testing as directed by the pretrial services officer or supervising officer
3) Participate in substance abuse treatment, if deemed advisable by the pretrial services officer or supervising officer

I consent to this modification of my release conditions and agree to abide by this modification.

_____   11/22/06     _Loretta Fleming_   10/19/06
Signature of Defendant           Date       Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____   11/22/04
Signature of Defense Counsel    Date

[X] The above modification of conditions of release is ordered, to be effective on 1/23/07.

[ ] The above modification of conditions of release is <u>not</u> ordered.

s/Samuel H. Mays, Jr.        January 23, 2007
_____   _____
Signature of Judicial Officer    Date